# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| DAN PATRICK MCCAUL, | Case No. 2:25-cv-00080-JTJ |
| Plaintiff, | |
| v. | **REMAND ORDER** |
| WELLS FARGO BANK, N.A., and WELLS FARGO & COMPANY; JOY OTT; MICHAEL CONLON; JENICA HELD; and RHONDA M. CEBULSKI, | |
| Defendants. | |

This case was originally filed in the Montana Second Judicial District Court, Silver Bow County on or about October 31, 2023. The original complaint was not served on any of the Defendants. On June 11, 2025, Plaintiff filed an Amended Complaint and commenced serving some of the Defendants. Defendant Wells Fargo Bank, N.A. timely removed the case to this Court on August 18, 2025. (Doc. 1). On August 26, 2025 Plaintiff provided notice of voluntary dismissal of all federal claims. (Doc. 10). On August 26, 2025 the Defendants which had been served filed a Notice of Potential Remand (Doc. 11) and acknowledged that with Plaintiff's voluntary dismissal of all federal claims a remand to state court is mandated. See *Royal Canin U.S.A. v. Wullschleger*, 604 U.S. 22 (2025).

Based on the foregoing, IT IS HEREBY ORDERED that this case is remanded to the Montana Second Judicial District Court, Silver Bow County, with each party bearing its own costs and attorney's fees

DATED this 29th day of August

_____
John Johnston
United States Magistrate Judge

2025.